Mark T. Drooks - State Bar No. 123561
    mtd@birdmarella.com
Thomas V. Reichert - State Bar No. 171299
    tvr@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Hansen Natural
Corporation, Rodney C. Sacks, Thomas
J. Kelly and Hilton H. Schlosberg

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN NATURAL CORPORATION, RODNEY C. SACKS and HILTON H. SCHLOSBERG,<br><br>Defendants. | CASE NO. EDCV08-1249 SGL (JCx) [Consolidated with EDCV08-1278 SGL (JCx)]<br><br>**Order On Stipulation** |

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

(1)   The Order entered by this Court on October 7, 2008 is modified as follows:  The deadline for Defendants to answer or otherwise respond to plaintiff's Consolidated Complaint is extended to and including November 16, 2009, and plaintiff's deadline to file its opposition thereto is extended to and including January

273222.1

8, 2010;

(2) Defendants may file a single, consolidated brief on their motion to dismiss that is not longer than 50 pages; Plaintiff may file a single brief in opposition that is not longer than 55 pages; and Defendants may file a single reply brief that is not longer than 30 pages.

IT IS SO ORDERED.

DATED: October 7, 2009

_____
Hon. Stephen G. Larson
United States District Judge