1  Mark T. Drooks - State Bar No. 123561
      mtd@birdmarella.com
2  Thomas V. Reichert - State Bar No. 171299
      tvr@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT,
      NESSIM, DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California  90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Martin L. Perschetz (admitted *pro hac vice*)
7      martin.perschetz@srz.com
   Gary Stein (admitted *pro hac vice*)
8      gary.stein@srz.com
   William M. Uptegrove (admitted *pro hac vice*)
9      william.uptegrove@srz.com
   SCHULTE ROTH & ZABEL LLP
10 919 Third Avenue
   New York, New York 10022-3902
11 Telephone: (212) 756-2000
   Facsimile: (212) 593-5955
12
   Attorneys for Defendants Hansen Natural
13 Corporation, Rodney C. Sacks, Thomas J.
   Kelly and Hilton H. Schlosberg
14

15            **UNITED STATES DISTRICT COURT**
16
   **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**
17

18

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HANSEN NATURAL CORPORATION, RODNEY C. SACKS and HILTON H. SCHLOSBERG,<br><br>　　　　Defendants. | CASE NO. EDCV08-1249 SGL (JCx) [Consolidated with EDCV08-1278 SGL (JCx)]<br><br>**Notice of Motion and Motion to Dismiss the Consolidated Class Action Complaint**<br><br>Date:　　　March 15, 2010<br>Time:　　　10:00 a.m.<br>Crtrm.:　　Hon. Stephen G. Larson |

275489.1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

Please take notice that on March 15, 2010 at 10:00 a.m. in Courtroom 1 of the above-captioned Court, located at 3470 Twelfth Street, Riverside, CA 92501, Defendants Hansen Natural Corporation ("Hansen"), Rodney C. Sacks, Thomas J. Kelly and Hilton H. Schlosberg will, and hereby do, move pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, as well as the Private Securities Litigation Reform Act, for an order dismissing the Consolidated Class Action Complaint in its entirety.

This motion is based on the ground that the Complaint fails to allege facts upon which relief can be granted. Specifically, the Complaint fails to allege: (a) false or misleading statements or omissions; (b) scienter; or (c) loss causation, with the requisite particularity required by law.

This motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Request for Judicial Notice filed contemporaneously herewith, the entire record herein, and such further briefing and argument as the Court may hear.

This motion is made following a meeting of counsel in compliance with Local Rule 7-3, which occurred on September 30, 2009. At that meeting, the parties were not

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  able to agree on a resolution of the matters raised in this motion or on the filing of an

2  amended pleading that would address the issues raised in this motion.

3

4  DATED: November 16, 2009      Mark T. Drooks

5                                Thomas V. Reichert
                                  BIRD, MARELLA, BOXER, WOLPERT,

6                                     NESSIM, DROOKS & LINCENBERG, P.C.

7                                 Martin L. Perschetz

8                                 Gary Stein
                                  William M. Uptegrove

9                                 SCHULTE ROTH & ZABEL LLP

10

11

                                  By: /s/Thomas V. Reichert

12                                      Thomas V. Reichert

13                                    Attorneys   for   Defendants   Hansen   Natural
                                      Corporation, Rodney C. Sacks, Thomas J. Kelly

14                                    and Hilton H. Schlosberg

15

16

17

18

19

20

21

22

23

24

25

26

27

28