# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-1249-GW(JCx) | Date | May 5, 2010 |
|---|---|---|---|
| Title | *Marcelo Cunha v. Hansen Natural Corporation, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    TRANSFER OF CASE TO JUDGE WU**

This action has been reassigned to the **HONORABLE GEORGE H. WU**, United States District Judge. The magistrate judge's initials remain the same.

Please substitute the initials **GW** in place of the initials DGT. The case number will now read: **EDCV 08-1249-GW(JC x)**. As documents are routed using the judge's initials, it is important to use the correct initials on all subsequent filings. Judge Wu's Courtroom Deputy Clerk, Javier Gonzalez, can be reached at (213)894-0191 or at javier_gonzalez@cacd.uscourts.gov.

Judge Wu is located in Courtroom 10, on the Spring Street level of the United States Courthouse at 312 N. Spring Street. Additional information about Judge Wu's procedures and schedule can be found on the Court's website at www.cacd.uscourts.gov.

Counsel are hereby notified, that Defendants' Motion to Dismiss the Consolidated Class Action Complaint, filed on November 16, 2009, is set for hearing on **July 12, 2010 at 8:30 a.m.**

|  | : |
|---|---|
| Initials of Preparer | JG |