UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-1249-GW(JCx) | Date | April 8, 2011 |
|---|---|---|---|
| Title | *Marcelo Cunha v. Hansen Natural Corporation, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

None Present                                                     None Present

**PROCEEDINGS (IN CHAMBERS):      COURT ORDER**


The Court, on its own motion, continues Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint, filed on November 8, 2010, and presently set for April 14, 2011, to **May 12, 2011 at 8:30 a.m.**

                                                                                                    :

                                                                    Initials of Preparer   JG