1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  DOUGLAS R. BRITTON (188769)
X. JAY ALVAREZ (134781)
3  655 West Broadway, Suite 1900
San Diego, CA 92101
4  Telephone: 619/231-1058
619/231-7423 (fax)
5  dougb@rgrdlaw.com
jaya@rgrdlaw.com
6      – and –
DANIEL J. PFEFFERBAUM (248631)
7  Post Montgomery Center
One Montgomery Street, Suite 1800
8  San Francisco, CA 94104
Telephone: 415/288-4545
9  415/288-4534 (fax)
dpfefferbaum@rgrdlaw.com
10
Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>HANSEN NATURAL CORPORATION, et al.,<br><br>            Defendants. | No. ED-CV-08-01249-GW(JCx)<br><br><u>CLASS ACTION</u> |

ORDER RE: STIPULATION AND PROTECTIVE ORDER

Upon review of the Stipulated Protective Order, IT IS SO ORDERED.

DATED: May 23, 2013                          /s/
                                                     Honorable Jacqueline Chooljian
                                             UNITED STATES MAGISTRATE JUDGE