ROBBINS GELLER RUDMAN
   & DOWD LLP
DOUGLAS R. BRITTON (188769)
JEFFREY D. LIGHT (159515)
X. JAY ALVAREZ (134781)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
jeffl@rgrdlaw.com
jaya@rgrdlaw.com
      – and –
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dpfefferbaum@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    vs.<br><br>HANSEN NATURAL CORPORATION, et al.,<br><br>                     Defendants. | No. ED-CV-08-01249-GW(JCx)<br><br>CLASS ACTION<br><br>STATEMENT OF NON-OPPOSITION IN FURTHER SUPPORT OF (1) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS; AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:     January 29, 2015<br>TIME:     8:30 a.m.<br>CTRM:    The Honorable<br>              George H. Wu |

996034_1

Lead Plaintiff Structural Ironworkers Local Union #1 Pension Fund, and its counsel respectfully submit this statement of non-opposition in further support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses. Pursuant to the Court's Amended Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") (Dkt. No. 180) and as a supplement to the initial filing made by Lead Plaintiff and its counsel on September 29, 2014, Lead Plaintiff respectfully submits to the Court the following information regarding notice to the Settlement Class and the Settlement Class' reaction to the Settlement, the Plan of Distribution of settlement proceeds, and the request for an award of attorneys' fees and expenses.

The reaction of the class to the settlement is a factor to be weighed in considering its adequacy. *See Officers for Justice v. Civil Serv. Comm'n*, 688 F.2d 615, 625 (9th Cir. 1982). As the Honorable Jeremy Fogel, now director of the Federal Judicial Center noted, "'[t]he reaction of the class to the proffered settlement . . . is perhaps the most significant factor to be weighed in considering its adequacy.'" *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 U.S. Dist. LEXIS 131845, at *10 (N.D. Cal. Jan. 20, 2009) (citation omitted). Indeed, "[it] is established that the absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members." *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004).

"The presence or absence of objections . . . is also a factor in determining the proper fee award." *In re Heritage Bond Litig. v. U.S. Trust Co. of Tex.*, *N.A.*, No. 02-ML-1475-DT(RCx), 2005 U.S. Dist. LEXIS 13627, at *48 (C.D. Cal. June 10, 2005). Where no objection "raised any concern about the amount of the fee . . . [t]his factor . . . also supports the requested award of 28% of the Settlement Fund." *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1048 (N.D. Cal. 2007).

- 1 -

996034_1

Here, after an extensive Court-approved notice program, the Settlement Class' response to the Settlement, Plan of Distribution of settlement proceeds, and Lead Counsel's request for an award of attorneys' fees and expenses demonstrates that the Settlement Class supports the requested relief.  Pursuant to the Preliminary Approval Order, more than 76,800 copies of the Notice of Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Proof of Claim") were sent to potential Settlement Class Members and nominees.[1]  The Summary Notice was also transmitted over the *Business Wire* and published in *Investor's Business Daily* on August 21, 2014.  Sylvester Decl., ¶13.  The Notice, Proof of Claim, Stipulation of Settlement, and Preliminary Approval Order were also posted on a case specific website which was identified in the Notice and Summary Notice.  *Id.*, ¶12.  The Notice informed Settlement Class Members of the terms of the Settlement, the Plan of Distribution of settlement proceeds, that Lead Counsel would be seeking an award of 25% of the Settlement Fund and for payment of expenses not to exceed $360,000. Settlement Class Members were also advised of their right to object to the Settlement, the Plan of Distribution and/or Lead Counsel's request for an award of attorneys' fees and expenses and the procedures for doing so.  The December 1, 2014 deadline for objecting has passed and to counsel's knowledge, as of the date of this statement, not a single Settlement Class Member has filed an objection to any of the relief requested.

For the reasons set forth herein and in previously submitted memoranda and declarations, Lead Plaintiff respectfully submits that the Settlement is a highly favorable result for the Settlement Class, and the Plan of Distribution of settlement proceeds is a fair and equitable method for distributing the Net Settlement Fund. Both should be approved as fair, reasonable, and adequate.  The attorneys' fees and

---

[1]  *See* paragraphs 3 through 10 to the Declaration of Carole K. Sylvester Re A) Mailing of the Notice of Proposed Settlement of Class Action and the Proof of Claim and Release Form, B) Publication of the Summary Notice, and C) Internet Posting ("Sylvester Decl.") (Dkt. No. 186).

- 2 -

996034_1

expenses requested by Lead Counsel are reasonable under the circumstances and should also be awarded in the amounts sought.

DATED:  January 12, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DOUGLAS R. BRITTON
JEFFREY D. LIGHT
X. JAY ALVAREZ


                          s/ Douglas R. Britton
                      DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

DYER & BERENS LLP
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

Additional Counsel for Plaintiffs

- 3 -

996034_1

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 12, 2015.

s/ Douglas R. Britton
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@rgrdlaw.com

996034_1

- 4 -

# Mailing Information for a Case 5:08-cv-01249-GW-JC Marcelo Cunha v. Hansen Natural Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  Malba@rgrdlaw.com

- **Douglas R Britton**
  dougb@rgrdlaw.com,stremblay@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hal D Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Marshall P Dees**
  mdees@holzerlaw.com,cholzer@holzerlaw.com

- **Mark T Drooks**
  mtd@birdmarella.com,lak@birdmarella.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Martin Perschetz**
  martin.perschetz@srz.com

- **Daniel J Pfefferbaum**
  DPfefferbaum@rgrdlaw.com

- **Andrei V Rado**
  arado@milberg.com

- **Thomas V Reichert**
  tvr@birdmarella.com,snj@birdmarella.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **Gary Stein**
  gary.stein@srz.com,michael.cutini@srz.com,martin.perschetz@srz.com,courtfilings@srz.com,Jennifer.Opheim@srz.com,evan.melluzzo@srz.com

- **David C Walton**
  davew@rgrdlaw.com,stremblay@rgrdlaw.com,l,jillk@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Jeff S Westerman**
  jwesterman@jswlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sabrina          S Kim
Sabrina Kim Law Offices
PO Box 5000
Rancho Santa Fe, CA 92067

David            A Rosenfeld
Robbins Geller Rudman and Dowd LLP
58 South Service Road  Suite 200
Melville, NY 11747

Christina        A Royce
Robbins Geller Rudman & Dowd LLP
655 West Broadway    Suite 1900
San Diego, CA 92101
```

**William          Uptegrove**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10002-3902