ROBBINS GELLER RUDMAN
& DOWD LLP
DOUGLAS R. BRITTON (188769)
JEFFREY D. LIGHT (159515)
X. JAY ALVAREZ (134781)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
jeffl@rgrdlaw.com
jaya@rgrdlaw.com
– and –
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dpfefferbaum@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN NATURAL CORPORATION, et al.,<br><br>Defendants. | No. ED-CV-08-01249-GW(JCx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF LODGING<br><br>DATE: January 29, 2015<br>TIME: 8:30 a.m.<br>CTRM: The Honorable George H. Wu |

Lead Counsel hereby lodge the attached Final Judgment and Order of Dismissal with Prejudice, the Order Approving Plan of Distribution of Settlement Proceeds, and the Order Awarding Attorneys' Fees and Expenses. Counsel for Defendants have reviewed the Orders and have no objection to them.

DATED: January 29, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
DOUGLAS R. BRITTON
JEFFREY D. LIGHT
X. JAY ALVAREZ

s/ Douglas R. Britton
DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

DYER & BERENS LLP
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2015.

s/ Douglas R. Britton
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dougb@rgrdlaw.com

# Mailing Information for a Case 5:08-cv-01249-GW-JC Marcelo Cunha v. Hansen Natural Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  Malba@rgrdlaw.com
- **Douglas R Britton**
  dougb@rgrdlaw.com,stremblay@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Hal D Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com
- **Marshall P Dees**
  mdees@holzerlaw.com,cholzer@holzerlaw.com
- **Mark T Drooks**
  mtd@birdmarella.com,lak@birdmarella.com
- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Martin Perschetz**
  martin.perschetz@srz.com
- **Daniel J Pfefferbaum**
  DPfefferbaum@rgrdlaw.com
- **Andrei V Rado**
  arado@milberg.com
- **Thomas V Reichert**
  tvr@birdmarella.com,snj@birdmarella.com
- **Darren J Robbins**
  e_file_sd@rgrdlaw.com
- **Samuel H Rudman**
  srudman@rgrdlaw.com
- **Gary Stein**
  gary.stein@srz.com,michael.cutini@srz.com,martin.perschetz@srz.com,courtfilings@srz.com,Jennifer.Opheim@srz.com,evan.melluzzo@srz.com
- **David C Walton**
  davew@rgrdlaw.com,stremblay@rgrdlaw.com,jillk@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Jeff S Westerman**
  jwesterman@jswlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Sabrina S Kim**
Sabrina Kim Law Offices
PO Box 5000
Rancho Santa Fe, CA 92067

**David A Rosenfeld**
Robbins Geller Rudman and Dowd LLP
58 South Service Road Suite 200
Melville, NY 11747

**Christina A Royce**
Robbins Geller Rudman & Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101

**William Uptegrove**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10002-3902