ROBBINS GELLER RUDMAN
& DOWD LLP
DOUGLAS R. BRITTON (188769)
JEFFREY D. LIGHT (159515)
X. JAY ALVAREZ (134781)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
jeffl@rgrdlaw.com
jaya@rgrdlaw.com
– and –
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dpfefferbaum@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN NATURAL CORPORATION, et al.,<br><br>Defendants. | No. EDCV-08-01249-GW(JCx)<br><br>CLASS ACTION<br><br>ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS |

THIS MATTER having come before the Court on Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds (Dkt. No. 181) in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated April 16, 2014 (the "Stipulation") (Dkt. No. 169).

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Settlement Class Members advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Settlement Class Members to be heard with respect to the Plan of Distribution. No Person objected to the Plan of Distribution.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Distribution set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Distribution.

IT IS SO ORDERED.

DATED: January 29, 2015

George H. Wu

THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE