1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DOUGLAS R. BRITTON (188769)
   JEFFREY D. LIGHT (159515)
3  X. JAY ALVAREZ (134781)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   dougb@rgrdlaw.com
6  jeffl@rgrdlaw.com
   jaya@rgrdlaw.com
7       – and –
   DANIEL J. PFEFFERBAUM (248631)
8  Post Montgomery Center
   One Montgomery Street, Suite 1800
9  San Francisco, CA  94104
   Telephone:  415/288-4545
10 415/288-4534 (fax)
   dpfefferbaum@rgrdlaw.com
11
   Lead Counsel for Plaintiffs
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCELO CUNHA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HANSEN NATURAL CORPORATION, et al.,<br><br>                    Defendants. | No. EDCV-08-01249-GW(JCx)<br><br><u>CLASS ACTION</u><br><br>ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |

997306_2

1  THIS MATTER having come before the Court on January 29, 2015, on the
2  motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the
3  Action; the Court, having considered all papers filed and proceedings conducted
4  herein, having found the settlement of this Action to be fair, reasonable, and adequate
5  and otherwise being fully informed in the premises and good cause appearing therefor;
6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7  1.  All of the capitalized terms used herein shall have the same meanings as
8  set forth in the Stipulation of Settlement dated April 16, 2014 (the "Stipulation").
9  2.  This Court has jurisdiction over the subject matter of this application and
10 all matters relating thereto, including all members of the Settlement Class who have
11 not timely and validly requested exclusion.
12 3.  The Court hereby awards Lead Counsel attorneys' fees of 25% of the
13 Settlement Fund and expenses in an aggregate amount of $318,207.00, together with
14 the interest earned thereon for the same time period and at the same rate as that earned
15 on the Settlement Fund until paid.  Said fees shall be allocated by Lead Counsel in a
16 manner which, in their good-faith judgment, reflects each counsel's contribution to the
17 institution, prosecution, and resolution of the Action.  The Court finds that the amount
18 of fees awarded is fair and reasonable under the "percentage-of-recovery" method.
19 4.  The awarded attorneys' fees and expenses, and interest earned thereon,
20 shall be paid to Lead Counsel from the Settlement Fund immediately after the date
21 this Settlement is Final, unless an appeal is filed to the Settlement, Plan of Distribution
22 or to this Order, in which case the awarded attorneys' fees and expenses, and interest
23 earned
24
25
26
27
28

- 1 -

997306_2

1   shall be paid immediately to Lead Counsel from the Settlement Fund, subject to the
2   terms, conditions, and obligations of the Stipulation, which are incorporated herein.
3       IT IS SO ORDERED.
4
5   DATED: January 29, 2015     _____
                                        THE HONORABLE GEORGE H. WU
6                                           UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

997306_2